UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LANGSTON, | No. 2:15-cv-1437 GEB KJN P |
| Plaintiff, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, et al., | |
| Defendants. | |

By an order filed July 17, 2015, plaintiff was ordered to file a completed in-forma pauperis affidavit and a certified copy of his prison trust account statement within thirty days and was cautioned that the failure to do so would result in a recommendation that this action be dismissed. The thirty day period has now expired, and plaintiff has not responded to the court's order[1] and has not filed an in forma pauperis affidavit and trust account statement. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

---

[1] On August 5, 2015, plaintiff filed a request for copies of complaints filed in this and two other actions filed by plaintiff in the Eastern District, but plaintiff did not address the July 17, 2015 order. (ECF No. 7.)

after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 31, 2015

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/lang1437.fifp