UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LANGSTON, | No. 2:15-cv-1437 GEB KJN P |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS ("CDCR"), et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel. On September 1, 2015, the undersigned recommended that this action be dismissed based on plaintiff's failure to file a completed in forma pauperis affidavit and certified trust account statement. On September 16, 2015, plaintiff filed objections stating that the court is mistaken because he sent "one complete copy to the court for all cases filed." (ECF No. 10 at 1.) Plaintiff objects that the court did not indicate he was required to file three different trust account statements for each case, and asks the court not to dismiss this case. (ECF No. 10 at 2.)

Plaintiff is advised that he is required to pay the filing fee or seek leave to proceed in forma pauperis in each case he files. Plaintiff may not file one document and ask the court to apply it to all of his pending cases. In the future, plaintiff should be prepared to comply with each order as issued in each case.

That said, the court has reviewed court records; currently, plaintiff has four cases pending in this division. On July 14, 2015, in Langston v. CDCR, Case No. 2:15-cv-1510 TLN DAD, plaintiff filed a completed in forma pauperis affidavit, along with a certified trust account statement. On July 27, 2015, the assigned magistrate judge recommended that Case No. 2:15-cv-1510 be dismissed because it is duplicative of the instant action. In light of those recommendations, as well as the finding that the claims are the same as those raised herein, the undersigned will direct the Clerk of Court to file a copy of plaintiff's in forma pauperis affidavit and certified trust account statement submitted in Case No. 2:15-cv-1510 TLN DAD, and file them in this case. Plaintiff is relieved of his obligation to re-submit such documents in the instant action, and the findings and recommendations are vacated.

IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to file in the instant action a copy of plaintiff's motion to proceed in forma pauperis and certified trust account statement filed in Langston v. CDCR, Case No. 2:15-cv-1510 TLN DAD (ECF No. 2);

2. Plaintiff is relieved of his obligation to submit a completed in forma pauperis application in the instant action; and

3. The September 1, 2015 findings and recommendations (ECF No. 8) are vacated.

Dated: October 7, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lang1437.ifp

2