UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WALTER LANGSTON,

        Plaintiff,

   v.

SERGEANT SHARMA,

        Defendant.

No. 2:15-cv-1437 GEB KJN P

ORDER

      Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.

      By an order filed March 17, 2016, this court ordered plaintiff to complete and return to the court, within thirty days, the summons, USM-285 form, and copies of his amended complaint which are required to effect service on the defendant. On April 4, 2016, plaintiff submitted the USM-285 form but failed to file the copies of the amended complaint or summons.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to send plaintiff one summons and a copy of the amended complaint filed January 15, 2016; and

/////

/////

/////

1

1   2.  Within thirty days, plaintiff shall submit to the court the completed summons and two copies of the amended complaint required to effect service.  Failure to return the copies within the specified time period will result in a recommendation that this action be dismissed.

Dated:  April 21, 2016

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lang1437.8f

2

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                     FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  | WALTER LANGSTON,              | No. 2:15-cv-1437 GEB KJN P
12  |          Plaintiff,            |
13  |     v.                         | NOTICE OF SUBMISSION OF
14  | SERGEANT SHARMA,               | DOCUMENTS
15  |          Defendant.            |
16
17       Plaintiff hereby submits the following documents in compliance with the court's order
18  filed _____:
19       ____        completed summons form
20       ____        copies of the _____
21                              Amended Complaint
22  DATED:
23
24
25                                           _____
                                                              Plaintiff
26
27
28
                                             3