UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER LANGSTON,<br><br>   Plaintiff,<br><br>   v.<br><br>SERGEANT SHARMA,<br><br>   Defendants. | No. 2:15-cv-1437 GEB KJN P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. On November 16, 2016, the magistrate judge recommended that plaintiff's in forma pauperis status be revoked, and plaintiff be required to pay the court's filing fee. (ECF No. 38.) Plaintiff was cautioned that failure to pay the filing fee would result in the dismissal of this action. (ECF No. 38 at 7.) On December 14, 2016, the undersigned adopted the findings and recommendations; plaintiff's in forma pauperis status was revoked, and he was ordered to pay the $400.00 filing fee within thirty days. Thirty days have now passed, and plaintiff has not paid the filing fee or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. Fed. R. Civ. P. 41(b).

Dated: January 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1